| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | |
| TVBI COMPANY LIMITED,<br>        Plaintiffs,<br>    v.<br>HONG THOA THI PHAM, et al.,<br>        Defendants. | Case No. 17-cv-05858-SI (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 10, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: November 9, 2018.

DESIGNATION OF EXPERTS: 9/14/18; REBUTTAL: 10/12/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: November 9, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; November 16, 2018;
    Opp. Due: November 30, 2018; Reply Due: December 7, 2018;
    and set for hearing no later than December 21, 2018 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 5, 2019 at 3:30 PM.

JURY TRIAL DATE: February 19, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Defendant Lido and San Yang have not been served. Mr. Stanger indicated that he may be retained to represent those defendants once they are served. The parties have agreed to participate in mediation in the beginning of July 2018. Counsel shall let the court know by 4/13/18, of the ADR procedure that they have decided to participate in.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 4/2/18

SUSAN ILLSTON
United States District Judge