| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Lawrence J. Hilton (Bar No. 156524)<br>ONE LLP<br>4000 MacArthur Blvd., East Tower, Suite 500<br>Newport Beach, CA 92660<br>TELEPHONE NO.: (949) 502-2870<br>E-MAIL ADDRESS *(Optional):* lhilton@onellp.com   FAX NO. *(Optional):* (949) 258-5081<br>ATTORNEY FOR *(Name):* Plaintiff, TVBI Company Limited | |
| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: | |
| PLAINTIFF: TVBI Company Limited<br><br>DEFENDANT: Hong Thoa Thi Pham, et al. | |
| **WRIT OF ATTACHMENT**<br>☒ AFTER HEARING    ☐ EX PARTE | CASE NUMBER:<br>3:17-cv-05858-SI |

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: Orange

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant *(name and last known address):*
   Hong Thoa Thi Pham, 30 S. 1st Street, San Jose, CA 95113

   and the attachment is to secure: $ 55,000

4. Name and address of plaintiff: TVBI Company Limited, c/o Lawrence J. Hilton, One LLP, 4000 MacArthur Blvd., East Tower, Suite 500, Newport Beach, CA 92660

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter):*
   Pham's interest in the real property located at 13009 Ansell Court, Garden Grove, CA 92844

   ☐ This information is on an attached sheet.

6. ☐ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify):*

7. ☐ The real property on which the
   ☐ crops described in item 5 _____ are growing
   ☐ timber described in item 5 _____ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: 1/15/19        Clerk, by *T. Kasamoto* , Deputy

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
AT-135 [Rev. January 1, 2003]

**WRIT OF ATTACHMENT**
(Attachment)

Code of Civ. Proc., § 488.010

American LegalNet, Inc.
www.FormsWorkflow.com