ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*
Lawrence J. Hilton (Bar No. 156524)
ONE LLP
4000 MacArthur Blvd., East Tower, Suite 500
Newport Beach, CA 92660
TELEPHONE NO.: (949) 502-2870
E-MAIL ADDRESS *(Optional):* lhilton@onellp.com FAX NO. *(Optional):* (949) 258-5081
ATTORNEY FOR *(Name):* Plaintiff, TVBI Company Limited

*FOR COURT USE ONLY*

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: TVBI Company Limited

DEFENDANT: Hong Thoa Thi Pham, et al.

**WRITE OF ATTACHMENT**
☒ **AFTER HEARING** ☐ **EX PARTE**

CASE NUMBER: 3:17-cv-05858-SI

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: Santa Clara

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant *(name and last known address):*
Hong Thoa Thi Pham, 30 S. 1st Street, San Jose, CA 95113

and the attachment is to secure: $ 55,000

4. Name and address of plaintiff: TVBI Company Limited, c/o Lawrence J. Hilton, One LLP, 4000 MacArthur Blvd., East Tower, Suite 500, Newport Beach, CA 92660

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter):*
Pham's interest in the real property located at 539 Westlake Drive, San Jose, CA 95117

☐ This information is on an attached sheet.

6. ☒ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
a. Name: HONG THOA THI PHAM REVOCABLE TRUST
b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify):*
539 Westlake Dr., San Jose, CA 95117

7. ☐ The real property on which the
☐ crops described in item 5______ are growing
☐ timber described in item 5______ to be cut is standing stands upon the records of the county in the name of
a. Name:
b. Address:

[SEAL]

Date: 1/15/19 Clerk, by T Kasamoto, Deputy





American LegalNet, Inc.
www.FormsWorkflow.com