UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TVBI COMPANY LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>HONG THOA THI PHAM, et al.,<br><br>    Defendants. | Case No. 17-cv-05858-SI<br><br>**ORDER RE DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 76 |

Plaintiff has alerted the Court to a discovery dispute between the parties. Plaintiff alleges defendants have not served responses to plaintiff's outstanding discovery requests. Plaintiff requests the Court compel defendants to serve responses to the outstanding requests, as the defendants' depositions are noticed for February 4, 2019, and the discovery cut-off is February 7, 2019.

Accordingly, the Court directs the parties to appear for a **telephonic status conference on Thursday, January 31, 2019 at 1:30 PM** to discuss the dispute.

**IT IS SO ORDERED**.

Dated: January 30, 2019

_____
SUSAN ILLSTON
United States District Judge