UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TVBI COMPANY LIMITED,<br><br>        Plaintiff,<br><br>    v.<br><br>HONG THOA THI PHAM, et al.,<br><br>        Defendants. | Case No. 17-cv-05858-SI<br><br>**ORDER RE TRIAL DATE**<br><br>**RE: DKT. NO. 97** |

In April, 2018, the Court set the trial date in this case for February 19, 2019, approximately a year out. In November, 2018, counsel requested and were granted an approximately 90 day extension of all dates, and the trial was rescheduled for June 3, 2019. On April 26, 2019, counsel requested another "brief (a few weeks) continuance" of the trial and related dates, seeking a trial date of either June 27 or July 15, 2019.

The Court is unable to set this case for June 27 or July 15, 2019. The Court could hear this case starting July 8, 2019 provided that it be completed by July 17, 2019. If counsel wish to elect this option, they should so notify the Court immediately. If they do not, then the trial date will remain as currently scheduled.

**IT IS SO ORDERED**.

Dated: May 3, 2019

_____
SUSAN ILLSTON
United States District Judge