UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TVBI COMPANY LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>HONG THOA THI PHAM, et al.,<br><br>    Defendants. | Case No. 17-cv-05858-SI<br><br>**ORDER RE CHANGE OF DATE FOR TRIAL AND PRE-TRIAL CONFERENCE** |

Pursuant to this Court's May 3, 2019 order (see Dkt. No. 98) the parties selected the July 8, 2019 trial date offered in that order and agreed trial would be completed by July 17, 2019. The Court hereby sets July 8, 2019 as the new trial date.

The parties shall appear on June 25, 2019 at 3:30 p.m. for a pre-trial conference.

**IT IS SO ORDERED**.

Dated: May 3, 2019

_____
SUSAN ILLSTON
United States District Judge